**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TriStar Drywall, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1110253** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**8599 Prairie Trail Dr. #500**
**Englewood, CO 80112**
Number, Street, City, State & ZIP Code

**Douglas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **tristardw.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **TriStar Drywall, Inc.**                                            Case number (*if known*) _____
      Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2383

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number | _____ |
| District _____ | When _____ | Case number | _____ |

---

| Debtor | **TriStar Drywall, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | | |
| District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

| Debtor | **TriStar Drywall, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **TriStar Drywall, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2023**
            MM / DD / YYYY

*X* **/s/ Daniel Haltom**                          **Daniel Haltom**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Katharine Sender**                    Date    **July  2, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Katharine Sender**
Printed name

**Cohen & Cohen, P.C.**
Firm name

**1720 S Bellaire St**
**Ste 205**
**Denver, CO 80222**
Number, Street, City, State & ZIP Code

Contact phone    **303-933-4529**        Email address    **ksender@cohenlawyers.com**

**47925 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July  2, 2023**              *X* **/s/ Daniel Haltom**
                                         Signature of individual signing on behalf of debtor

                                         **Daniel Haltom**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $      **3,416,659.19**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $      **3,416,659.19**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **854,636.09**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      **1,759,274.41**

4.  Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b      $      **2,613,910.50**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TriStar Drywall, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MidFirst Bank** | **Money Market** | **4453** | $395.37 |
| 3.2. | **MidFirst Bank** | **Payroll** | **7923** | $496.20 |
| 3.3. | **MidFirst Bank** | **Operating** | **7907** | $201.48 |
| 3.4. | **US Bank** | **Checking** | **3533** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,093.05 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor **TriStar Drywall, Inc.**      Case number *(If known)* _____

   Name

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.   **Security deposit with Woodspear Prairie Trail, LLC.**       **$6,723.60**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**       **$6,723.60**

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | **1,373,458.94** | - | **0.00** | = .... | **$1,373,458.94** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts receivable** | | | | |

| 11a. 90 days old or less: | **217,846.70** | - | **0.00** | = .... | **$217,846.70** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts receivable retainage** | | | | |

| 11b. Over 90 days old: | **685,620.27** | - | **685,620.27** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts receivable doubtful or uncollectable** | | | | |

**12.**    **Total of Part 3.**       **$1,591,305.64**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:       % of ownership

    15.1.   **Treasury Stock for Debtor**     %       **$1,089,806.00**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| Debtor | **TriStar Drywall, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$1,089,806.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** **Ongoing drywall projects.** | 6/23/23 | $0.00 | | $249,762.00 |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Warehouse inventory.** | 6/1/23 | $0.00 | | $12,429.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$262,191.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

| Debtor | **TriStar Drywall, Inc.** | Case number *(If known)* | |
|--------|---------------------------|--------------------------|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2 drafting tables, glass conference table, credenza, 2 desks, 2 executive desks, office table, chairs, plan table, desk, lateral file, and map.** | **$0.00** | | **$21,396.17** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software Typewriter, laser printer, laptop, computer monitor, office phone system, Amazon notebooks, Planswift software, automation plotter, computers, copier, and tablet.**    **$2,090.70**    **$18,467.51**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**    $39,863.68
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2003 Sterling Acterra VIN xx1566** | **$0.00** | | **$5,000.00** |
| 47.2.  **2003 Sterling Acterra VIN xx1565** | **$0.00** | | **$5,000.00** |
| 47.3.  **Freight Liner (300,000 miles)** | **$0.00** | | **$15,000.00** |
| 47.4.  **2021 GMC Sierra VIN xx0624** | **$33,214.12** | | **$28,292.00** |
| 47.5.  **2022 GMC Sierra VIN xx4821** | **$37,212.28** | | **$36,492.00** |
| 47.6.  **2022 GMC Sierra VIN xx7721** | **$32,637.79** | | **$27,528.00** |

| Debtor | **TriStar Drywall, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.7. | **2022 GMC Sierra VIN xx1512** | $52,066.69 | $49,623.00 |
|---|---|---|---|
| 47.8. | **2019 Ram 1500 VIN xx2466** | $24,492.90 | $17,883.00 |
| 47.9. | **2022 Ram 1500 VIN xx0733** | $70,906.17 | $70,906.00 |
| 47.10. | **2023 Ford Explorer VIN xx8963** | $64,840.90 | $64,840.90 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. | **1995 flat bed trailer, 2 utility trailers, and 2018 Big Tex trailer.** | $47.92 | $2,121.00 |
|---|---|---|---|

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Warehouse equipment - aluminum ladder, 5 ladders, rolling ladder, 2 pallet jacks, tools, 6 scaffoldings, texture machine, snow plow, storage container, 2 scaffolding frames, 2 interior lasers, 2 base plates, guard rails, gang box, 3 powder tools, trash cart, castor pins, castor pin tags, 20 ladder frames, scaffolding planks, forklift, scaffolding braces, spray rig, 3 Perrys anchors, retractable lifeline, ETN PLS5 laser tool, 20 cross braces, planks and braces, castor frame deck brace, ladder frame snap pin brace, scaffold mart frames, Greeline laser, pig tails frames, and frame rivets.**

| | | $5,419.20 | $102,990.32 |
|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $425,676.22 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Schedule A/B Assets - Real and Personal Property

Debtor   **TriStar Drywall, Inc.**

Name

Case number *(If known)* _____

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **tristardw.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer records.** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **TriStar Drywall, Inc.**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,093.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,723.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,591,305.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,089,806.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $262,191.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $39,863.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $425,676.22 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,416,659.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,416,659.19 |

**Fill in this information to identify the case:**

Debtor name        **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Ally Servicing LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 Ram 1500 VIN xx2466** | **$24,403.27** | **$17,883.00** |

**2.1**  **Ally Servicing LLC**
Creditor's Name

**PO Box 9001948
Louisville, KY 40290**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5737**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 Ram 1500 VIN xx2466**

Describe the lien
**Auto loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **Ally Servicing LLC**
Creditor's Name

**PO Box 9001948
Louisville, KY 40290**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4924**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2021 GMC Sierra VIN xx0624**

Describe the lien
**Auto loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | | | |
|---|---|---|---|
| | | $25,828.24 | $28,292.00 |

Debtor  **TriStar Drywall, Inc.**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Servicing LLC** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**2022 Ram 1500 VIN xx0733**

$47,219.05        $70,906.00

**PO Box 9001948**
**Louisville, KY 40290**
_____
Creditor's mailing address

**Describe the lien**
**Auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5829**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Servicing LLC** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**2022 GMC Sierra VIN xx1512**

$52,019.17        $49,623.00

**PO Box 9001948**
**Louisville, KY 40290**
_____
Creditor's mailing address

**Describe the lien**
**Auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5043**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Servicing LLC** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**2022 GMC Sierra VIN xx4821**

$37,678.68        $36,492.00

**PO Box 9001948**
**Louisville, KY 40290**
_____
Creditor's mailing address

**Describe the lien**
**Auto loan**

**Is the creditor an insider or related party?**
■ No

---

Debtor   **TriStar Drywall, Inc.** | Case number *(if known)*
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4872**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Ally Servicing LLC** | Describe debtor's property that is subject to a lien | $32,649.53 | $27,528.00 |
|---|---|---|---|---|

Creditor's Name

**2022 GMC Sierra VIN xx7721**

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Auto loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4893**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Ally Servicing LLC** | Describe debtor's property that is subject to a lien | $64,840.90 | $64,840.90 |
|---|---|---|---|---|

Creditor's Name

**2023 Ford Explorer VIN xx8963**

**PO Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Auto loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1236**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **MidFirst Bank** | Describe debtor's property that is subject to a lien | $499,997.25 | $499,997.25 |
|---|---|---|---|---|

Debtor   **TriStar Drywall, Inc.**
_____
Name                              Case number (if known)   _____

_____
Creditor's Name                    **All business assets**

**PO Box 76149**
**Oklahoma City, OK 73147**
_____
Creditor's mailing address          Describe the lien
                                    **Line of credit**
                                    **Is the creditor an insider or related party?**
_____          ■ No
Creditor's email address, if known   ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**           ☐ No
**Various**                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0100**                             **As of the petition filing date, the claim is:**
**Do multiple creditors have an**    Check all that apply
**interest in the same property?**   ☐ Contingent
■ No                                 ☐ Unliquidated
☐ Yes. Specify each creditor,        ☐ Disputed
including this creditor and its relative
priority.

---

| 2.9 | **Westfield Insurnace Co.** | Describe debtor's property that is subject to a lien | $70,000.00 | $0.00 |

Creditor's Name                      **Surety bond (UCC filed on 6/23/2023 within 90**
                                     **days of filing)**
**1 Park Circle**
**Westfield Center, OH 44251**
_____
Creditor's mailing address          Describe the lien
                                    **Statutory Lien**
                                    **Is the creditor an insider or related party?**
_____          ■ No
Creditor's email address, if known   ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**           ☐ No
                                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$854,636.09**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TriStar Drywall, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address **City and County of Denver Dept of Finance, Treasury Division PO Box 660859 Dallas, TX 75266** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Notice purposes only** | | |
| | Last 4 digits of account number **0253** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset? ☑ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address **Colorado Department of Revenue Attn: Bankruptcy Dept 1375 Sherman St Denver, CO 80261** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Notice purposes only** | | |
| | Last 4 digits of account number **0253** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| Debtor | **TriStar Drywall, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number **0253**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156.00** |
|---|---|---|---|

**American Data Group
5730 E Otero Ave. Ste. 300
Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Citi Cards
PO Box 9001016
Louisville, KY 40290**

Date(s) debt was incurred **Various**

Last 4 digits of account number **1771**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$14,102.00**

---

**3.3**

Nonpriority creditor's name and mailing address

**Colorado Drywall Supply, LLC
PO Box 369
Sedalia, CO 80135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,067.41**

---

**3.4**

Nonpriority creditor's name and mailing address

**Daniel and Allison Haltom
4957 Hogback Ridge Rd.
Morrison, CO 80465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shareholder payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5**

Nonpriority creditor's name and mailing address

**Empire Staple Co.
200 E 55th Ave
Denver, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,971.40**

---

Debtor   **TriStar Drywall, Inc.**                                   Case number (if known) _____
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753,659.38 |
|---|---|---|---|

**Foundation Building Materials**
**6872 Paysphere Cir.**
**Chicago, IL 60674**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,487.00 |

**Johnson Muffly & Dauster, PC**
**323 S College Ave. Ste. 1**
**Fort Collins, CO 80524**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738,036.02 |

**Keith Callender**
**15756 E Chenango Ave.**
**Aurora, CO 80015**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,052.00 |

**Larry Ford**
**4560 Pleasant Valley Cir.**
**Elizabeth, CO 80107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,756.20 |

**Martillaro Raub and Associates**
**4865 Ward Rd. Ste. 100**
**Wheat Ridge, CO 80033**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting and audit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.43 |

**Metropolitan Life Insurance Co**
**PO Box 804466**
**Kansas City, MO 64180**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073.07 |

**MidFirst Bank**
**PO Box 76149**
**Oklahoma City, OK 73147**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **6441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TriStar Drywall, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,997.00**

**MidFirst Bank**
**PO Box 76149**
**Oklahoma City, OK 73147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **6458**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,854.15**

**MidFirst Bank**
**PO Box 76149**
**Oklahoma City, OK 73147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0100**

Basis for the claim:  **Line of credit fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.06**

**Pacific Office Automation**
**14747 NW Greenbrier Pkwy**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,339.91**

**Pioneer Materials West Inc.**
**7271 S Eagle St.**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,735.36**

**Sunstate Equipment Co.**
**PO Box 208439**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,042.02**

**Woodspear Prairie Trail LLC**
**810 Los Vallecitos Blvd #214**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Foundation Building Materials**<br>**3296 S Zuni St.**<br>**Englewood, CO 80110** | Line  **3.6**<br>☐ Not listed. Explain ____ | **2670** |

Debtor  **TriStar Drywall, Inc.**                                    Case number (if known) _____
_____
Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                                     0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** | $                          1,759,274.41 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $                          1,759,274.41 |

**Fill in this information to identify the case:**

Debtor name      **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Staffing Agency** | |
| State the term remaining | |
| List the contract number of any government contract | **Robert Half**<br>**PO Box 743295**<br>**Los Angeles, CA 90074** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Operating lease expiring 2/28/25.** | |
| State the term remaining — **1 year, 7 months** | |
| List the contract number of any government contract | **Woodspear Prairie Trail, LLC**<br>**5619 DTC Pkwy Ste. 525**<br>**Englewood, CO 80111** |

**Fill in this information to identify the case:**

Debtor name      **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Daniel and Allison Haltom** | **4957 Hogback Ridge Rd. Morrison, CO 80465** | **Westfield Insurnace Co.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Daniel Haltom** | **4957 Hogback Ridge Rd. Morrison, CO 80465** | **Citi Cards** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 | **Daniel Haltom** | **4957 Hogback Ridge Rd. Morrison, CO 80465** | **MidFirst Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Keith and Michell Callender** | **15756 E Chenango Ave. Aurora, CO 80015** | **Westfield Insurnace Co.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Keith Callender** | **15756 E Chenango Ave. Aurora, CO 80015** | **MidFirst Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

Debtor    **TriStar Drywall, Inc.**                                    Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| Fill in this information to identify the case: |
| --- |

Debtor name  **TriStar Drywall, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,957,761.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$13,621,429.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$11,769,550.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor __TriStar Drywall, Inc._____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **MidFirst Bank**<br>**PO Box 76149**<br>**Oklahoma City, OK 73147** | **4/28/23** | **$8,071.15** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Sunstate Equipment Co.**<br>**PO Box 208439**<br>**Dallas, TX 75320** | **5/30/23** | **$11,424.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Interstate Billing MDI Trucks** | **5/30/23** | **$8,978.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **United Health Care**<br>**UHS Premium Billing**<br>**PO Box 94017**<br>**Palatine, IL 60094** | **4/12/23**<br>**5/10/23** | **$13,333.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. **Cohen & Cohen, P.C.**<br>**1720 S. Bellaire St.**<br>**Suite 205**<br>**Denver, CO 80222** | **5/25/23** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Pioneer Materials West Inc.**<br>**7271 S Eagle St.**<br>**Englewood, CO 80112** | **4/20/23**<br>**5/30/23** | **$32,638.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Texture Clean, Inc.**<br>**PO Box 220**<br>**Castle Rock, CO 80104** | **4/7/23**<br>**4/21/23**<br>**4/28/23**<br>**5/5/23**<br>**5/12/23**<br>**5/19/23** | **$10,042.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Pinnacol Assurance**<br>**PO Box 561434**<br>**Denver, CO 80256** | **4/3/23** | **$16,300.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor   **TriStar Drywall, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Foundation Building Materials**<br>**6872 Payxphere Cir.**<br>**Chicago, IL 60674** | **4/3/23**<br>**4/28/23**<br>**5/10/23**<br>**5/22/23**<br>**5/25/23** | **$284,676.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Woodspear Prairie Trail LLC**<br>**810 Los Vallecitos Blvd #214**<br>**San Marcos, CA 92069** | **5/1/23**<br>**5/30/23** | **$14,084.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.11. **Citi Cards**<br>**PO Box 9001016**<br>**Louisville, KY 40290** | **4/5/23**<br>**4/24/23**<br>**5/15/23** | **$19,878.73** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Haltom**<br>**4957 Hogback Ridge Rd.**<br>**Morrison, CO 80465**<br>**President** | **Weekly for**<br>**last year** | **$210,600.00** | **Salary** |
| 4.2. **Keith Callender**<br>**15756 E Chenango Ave.**<br>**Aurora, CO 80015**<br>**Previous owner** | **7/2/2022-12/0**<br>**8/2022** | **$121,165.42** | **Payments on note** |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Debtor | **TriStar Drywall, Inc.** | | Case number *(if known)* | |
|--------|---------|---|---------|---|

---

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen & Cohen, P.C. 1720 S. Bellaire St. Suite 205 Denver, CO 80222** | **Attorney's fees.** | **4/26/23 - $500.00 - Dan Haltom 5/25/23 - $25,000.00 - Debtor** | **$25,500.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Debtor and Dan Haltom** | | | |

---

| Debtor | TriStar Drywall, Inc. | Case number *(if known)* | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Third party** | **2018 GMC Sierra 1500** | **1/3/2023** | **$17,718.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Third party** | **2020 GMC Sierra 1500** | **1/3/2023** | **$42,549.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Third party** | **2016 GMC 1500** | **1/3/2023** | **$13,786.00** |
| | Relationship to debtor **None** | | | |
| 13.4. | **Third party** | **2015 GMC Sierra 1500** | **1/24/2023** | **$9,327.00** |
| | Relationship to debtor **None** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor     **TriStar Drywall, Inc.** _____     Case number *(if known)* _____

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **TriStar Drywall, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **The Allen Group, PC**<br>**12265 W Bayaud Ave. Ste. 200**<br>**Denver, CO 80228** | **3/1/89 - Present; tax accountants** |
| 26a.2. | **Martillaro Raub and Associates**<br>**4865 Ward Rd. Ste. 100**<br>**Wheat Ridge, CO 80033** | **1/1/22 - Present; financial accountants** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **TriStar Drywall, Inc.** | Case number *(if known)* |
|---|---|---|

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Martillaro Raub and Associates**<br>**4865 Ward Rd. Ste. 100**<br>**Wheat Ridge, CO 80033** | 1/1/22 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Daniel Haltom**<br>**4957 Hogback Ridge Rd.**<br>**Morrison, CO 80465** | |
| 26c.2. | **The Allen Group, PC**<br>**12265 W Bayaud Ave. Ste. 200**<br>**Denver, CO 80228** | |
| 26c.3. | **Martillaro Raub and Associates**<br>**4865 Ward Rd. Ste. 100**<br>**Wheat Ridge, CO 80033** | |
| 26c.4. | **Gayle McDaniel**<br>**McDaniel Consulting Group, LLC**<br>**7215 Lupine St.**<br>**Arvada, CO 80007** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **MidFirst Bank**<br>**PO Box 76149**<br>**Oklahoma City, OK 73147** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Haltom** | **4957 Hogback Ridge Rd.**<br>**Morrison, CO 80465** | **President and Majority Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **TriStar Drywall, Inc.** _____     Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Larry Ford | 4560 Pleasant Valley Cir. Elizabeth, CO 80107 | General Operations Manager - 10% Owner until 12/2022 | 03/2018 - 11/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Daniel Haltom** 4957 Hogback Ridge Rd. Morrison, CO 80465 | $210,600 | **Weekly for last year** | **Salary** |
| | **Relationship to debtor** President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**July  2, 2023**__

__**/s/ Daniel Haltom**__                                    __**Daniel Haltom**__
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re   **TriStar Drywall, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Haltom**<br>**4957 Hogback Ridge Rd.**<br>**Morrison, CO 80465** | | **46,170** | **President and Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  2, 2023**

Signature   **/s/ Daniel Haltom**

**Daniel Haltom**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Colorado

In re  **TriStar Drywall, Inc.**

                                        Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 2, 2023**                    **/s/ Daniel Haltom**

**Daniel Haltom**/**President**
Signer/Title